IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-225-BO

| | |
|---|---|
| JUDITH KNECHTGES,<br><br>    Plaintiff,<br><br>  v.<br><br>N.C. DEPARTMENT OF PUBLIC SAFETY, ERIC HOOKS, JANET THOMAS, and TERRI CATLETT,<br><br>    Defendants, | **CONSENT MOTION<br>TO AMEND<br>SCHEDULING ORDER<br>AND EXTEND TIME FOR<br>COMPLETING DISCOVERY<br>AND FILING<br>DISPOSITIVE MOTIONS** |

NOW COMES the undersigned and moves the court pursuant to Fed. R. Civ. P. 6(b)(1)(B) and Local Civil Rule 6.1, and with the consent of opposing counsel, to enter an order extending the time for discovery to take place and for the filing of dispositive motions. In support of this motion, the undersigned shows the Court the following:

  1.  This motion is not interposed for the purposes of delay.

  2.  Counsel for the Plaintiff has been transitioning to a new law firm with the understandable complications of lacking support staff and office infrastructure.

  3.  Counsel for the Defendants has been transitioning from work out of an office due to the pandemic to work in an office with the understandable

complications of lacking support staff and office infrastructure.

4. Counsel for the Plaintiff and Defendants believe that they can conclude the discovery necessary to be able to file dispositive motions with an additional sixty (60) days.

Therefore, on behalf of both parties, the undersigned respectfully requests that the Court amend the Scheduling Order (DE 11) to allow the parties up to and including Monday, May 30, 2022, to conclude discovery and until Monday, June 27, 2022, to file dispositive motions.

Respectfully submitted, this the 8th day of March 2022.

/S/ VALERIE BATEMAN
NC State Bar: 13417
T: 919-810-3139
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com

/S/ JUNE ALLISON
NC State Bar: 9673
T: 704-277-0113
NEW SOUTH LAW FIRM
233 Laurel Avenue
Charlotte, NC 28207
june@newsouthlawfirm.com

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION TO EXTEND DISCOVERY PERIOD AND TIME FOR FILING DISPOSITIVE MOTIONS** was served by filing the document electronically via the CM/ECF system, which will send notification of such filing to all counsel of record

This the 8th day of March 2022.

/S/ VALERIE BATEMAN
NEW SOUTH LAW FIRM