IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-225-BO

| | |
|---|---|
| JUDITH KNECHTGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| N.C. DEPARTMENT OF PUBLIC ) | **ORDER** |
| SAFETY, ERIC HOOKS, JANET ) | |
| THOMAS, and TERRI CATLETT, ) | |
| ) | |
| Defendants, ) | |

The Court, having considered the Parties' consent Motion to Amend the Scheduling Order (DE 11) to extend the discovery period and the deadline for filing dispositive motions by 60 days, and it appearing to the Court that the Motion is supported by good cause, the Court GRANTS the parties' Motion. The Parties shall have up to and including Monday, May 30, 2022, to conduct discovery, and up to and including Monday, June 27, 2022, to file dispositive motions.

SO ORDERED, the _____ day of March 2022.

_____
Robert B. Jones, Jr.
United States Magistrate Judge