IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-225-BO

| | | |
|---|---|---|
| JUDITH KNECHTGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court Plaintiff's consent motion to extend the discovery and motions deadlines by sixty days. [DE-16]. For good cause shown, the motion is allowed and the deadlines are extended as follows: All discovery shall be completed by **May 30, 2022**, and potentially dispositive motions shall be filed by **June 27, 2022**. The remaining provisions of the court's scheduling order not altered herein remain in effect.

SO ORDERED, the **9** day of March, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge