IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-225-BO

| JUDITH KNECHTGES, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' consent motion to extend the discovery and motions deadlines. [DE-18]. While the motion was filed expiration of the deadlines and Defendants have not explained the reason for the delay, Fed. R. Civ. P. 6(b)(1)(B), the court finds the request in warranted because allowing an extension will allow for the efficient litigation of the case to the end of either settlement or a resolution on the merits. Accordingly, the motion is allowed and the deadlines are extended as follows: all discovery shall be completed by **August 27, 2022**, and potentially dispositive motions shall be filed by **September 27, 2022**. The remaining provisions of the court's prior scheduling order not altered herein remain in effect.

SO ORDERED, the 5th day of July, 2022.

_____
Robert B. Jones, Jr.
United States Magistrate Judge