EXHIBIT 1 to Ps Resp to Ds MotExtDispMotDeadline
Page 1 of 1

N:\Projects\Internal Forms\Mediator report form 3-26-09 (POSTE...     http://www.nced.uscourts.gov/pdfs/forms/reportOfMediator.pdf

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA _____ DIVISION | Case No. 5:21CV225-BO |
|---|---|
| Name of Plaintiff(s): Judith Knechtges <br> VERSUS <br> Name of Defendant(s): NC Department of Public Safety | REPORT <br><br> OF <br><br> MEDIATOR |
| Mediator Name: M. Ann Anderson | Final |
| Telephone No.: 336-368-9621 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation. |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

    ☑ was held on  8-17-2022 and held open  Until  (date) 9-14-2022

    ☐ was NOT held because: _____.

2. **Attendance.**  ☑ No objection was made on the grounds that any required attendee was absent.

3. **Outcome.** The mediation resulted in:
    ☐ complete settlement of the case
    ☐ partial settlement of the case
    ☐ recess (*i.e.*, mediation to be resumed at later date)
    ☑ impasse
    ☐ other disposition. Specify: _____.

4. **Settlement Filings.** (a) The document(s) to be filed to effect the settlement are: _____
    _____

    (b) The person responsible for filing the documents is: _____

    (c) The agreed deadline for filing the document(s) is: _____

5. **Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, POB 25670, Raleigh, NC 27611.

I have submitted this completed report within seven (7) days after conclusion of the conference.

Signature of Mediator: *M. Ann Anderson*     Date: September 14, 2022

| FOR COURT USE <br> ☐ Consent Judgment <br> ☐ Voluntary Dismissal with Prejudice <br> ☐ Voluntary Dismissal without Prejudice | Date: <br><br> Filed By: |