EXHIBIT 2 to Ps Resp to Ds MotExtDispMotDeadline
Page 1 of 1

| | |
|---|---|
| From: | Valerie Bateman |
| To: | Nichols, Bryan |
| Cc: | Gill, Shanekqua |
| Subject: | Plaintiff"s RPD and RFA to Defendants: Knechtges v. NC DPS et al |
| Date: | Wednesday, April 20, 2022 7:10:00 PM |
| Attachments: | RPD to DPS 2020.04.20.pdf <br> P RFA to D 2020.04.20.pdf |

Brian, Apologies for not getting these out sooner. See attached. Word docs to follow. Kind regards, Valerie

Valerie L. Bateman
**NEW SOUTH LAW FIRM**
209 Lloyd Street, Ste 350
Carrboro, NC 27510
919.810.3139

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.