EXHIBIT 3 to Ps Resp to Ds MotExtDispMotDeadline
Page 1 of 2

| | |
|---|---|
| **From:** | Nichols, Bryan |
| **To:** | Valerie Bateman; Trachtman, James |
| **Subject:** | RE: Notice of Appearance: Knechtges v. NC DPS 22 OSP 1750 |
| **Date:** | Friday, August 5, 2022 5:52:48 PM |

Thanks Valerie. Since you are taking over this case as well. Can we set up a time early next week to discuss?

We also are still working on the discovery responses that Ms. Knechtges emailed me in this case.

What is your position on us getting more time to respond? We can provide the discovery in both the federal case and the OAH case at the same since they are related.

Have a great weekend.

Bryan



Bryan G. Nichols
Assistant Attorney General
Public Safety Section
North Carolina Department of Justice
Phone: (919) 716-6568
Fax: (919) 716-6761
bnichols@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
www.ncdoj.gov

Please note messages to or from this address may be public records.

---

**From:** Valerie Bateman <valerie@newsouthlawfirm.com>
**Sent:** Friday, August 05, 2022 3:59 PM
**To:** Nichols, Bryan <bnichols@ncdoj.gov>; Trachtman, James <jtrachtman@ncdoj.gov>
**Subject:** Notice of Appearance: Knechtges v. NC DPS 22 OSP 1750

Please see attached, filed today.

Bryan, working on the document you requested for mediation on the 17th. Thanks. Valerie

*If you are neutral in situations of injustice, you have chosen the side of the oppressor. -Desmond Tutu*

EXHIBIT 3 to Ps Resp to Ds MotExtDispMotDeadline
Page 2 of 2



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (919-810-3139) or by electronic mail (valerie@newsouthlawfirm.com), and delete this message and all copies and backups thereof. Thank you.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, please be advised that, unless expressly stated otherwise, any tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or to promote, market or recommend to another party any transaction or matter addressed herein.