IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-225-BO

| | |
|---|---|
| JUDITH KNECHTGES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) |
| Defendants. | ) |

This matter is before the court to address Defendants' alternative request to extend case deadlines after their request for a stay was denied as moot. [DE-35, 39]. On October 7, 2022, the motions deadline was extended to October 18, 2022. [DE-26]. Thereafter, Plaintiff filed a motion to compel, that was ultimately denied as moot, [DE-27, -38], and Defendants filed a motion to disqualify Plaintiff's counsel, [DE-33], and a motion to stay or alternatively to extend case deadlines, [DE-35]. The court denied the motion to disqualify, denied in part as moot the motion to stay, and referred the alternative request to extend case deadlines to the undersigned. [DE-39]. For good cause shown, the request to extend case deadlines is allowed, and potentially dispositive motions shall be filed by **March 23, 2023**.

SO ORDERED, the 23 day of February, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge