# Overview of Respondent's 4,436-page Motion to Compel Discovery

1. The following document exemplifies Respondent's subversive attempt to withhold discovery and provide incomplete, incorrect, and evasive information.
2. Respondent's documents included ~ 2,877 pages which repeated their discovery numerous times; ~ 740 pages of pages of blank spreadsheets; ~ 1,000 pages of evidence provided by Defendant to Respondent which were not requested, were not applicable and/or relevant.
3. Approximately 95.5 % of Respondent's submitted discovery does not provide answers to discovery requests by Defendant.

| Page No. | Subject | Failure to answer: Did not ask for this; not applicable or relevant | Failure to answer: Defendant' provided as evidence to Respondent. | Failure to answer: Information duplicated several times | Evasive or incomplete answer. |
|---|---|---|---|---|---|
| 1 - 2 | Travel Authorization 2014 | X | | X | X |
| 3 - 7 | 3rd posting CEO documents | X | X | X | X |
| 8 - 114 | Controlled Substance loss spreadsheets from 2015-16 | X | | X | X |
| 115 - 521 | 3rd posting CEO documents | X<br>Requested 1st and 2nd posting documents, did not receive. | X | X | X |
| 522 - 533 | DPS EEO investigator documents | Requested recordings, did not receive | | X | X |
| 534 - 535 | DPS exempt positions | X | | X | X |
| 536 | Defendant's FMLA provider medical note | X | | X | X |
| 537 - 728 | DPS EEO mediation, hearing, and final agency decision (FAD) | | X | X | X |

1

| Page No. | Subject | Failure to answer: Did not ask for this; not applicable or relevant | Failure to answer: Defendant' provided as evidence to Respondent. | Failure to answer: Information duplicated several times | Evasive or incomplete answer. |
|---|---|---|---|---|---|
| 1020-1058 | **Repeated** DPS EEO information | X | | X | X |
| 1059-1062 | Defendant's EEOC charge dated Aug. 10, 2022 | X | X | X | X |
| 1063 | DPS EEO investigation and hearing documents | X | | X | X |
| 1076-1078 | Email about FMLA | X | | X | X |
| 1079 | 2008 Career Banding | X | | X | X |
| 1080-1104 | Change in Pharmacy Manager emails | X | | X | X |
| 1105 - 1109 | Random email related to false OSI investigation | X | | X | X |
| 1110-1213 | **Repeated** emails 2016-2019, USP 800, Omnicell, DEA, Controlled Substance, OSI | X | | X | X |
| 1214-1338 | **Repeated** OSI complaint: Oct 17. 2019 and DPS mediation and hearing | X<br><br>Requested recording of investigation. Did not receive. | | X | X |
| 1339-1350 | DPS positions spreadsheet | X | | | X |
| 1351-1353 | **Repeated** DPS EEO FAD | X | X | X | X |

| Page No. | Subject | Failure to answer: Did not ask for this; not applicable or relevant | Failure to answer: Defendant' provided as evidence to Respondent. | Failure to answer: Information duplicated several times | Evasive or incomplete answer. |
|---|---|---|---|---|---|
| 1370- 372 | Hazardous Drug in Healthcare setting | X | | X | X |
| 1073–1430 | **Repeated** 3rd CEO posting documents | X | X | X | X |
| 1431 - 1436 | Implementation of 10-hour workweek memo from 2005 | X | X | X | X |
| 1437-1444 | **Repeated** EEO mediation, hearing info | X | | X | X |
| 1445-1575 | OSI information | Requested recording of OSI investigation: did not receive | | X | X |
| 1576- 1604 | **Repeated** 3rd CEO posting; exempt emails; DEA, FMLA; personnel history from 2010. | X | | X | X |
| 1605-1607 | Ethyl Chloride safety data sheet | X | | X | X |
| 1609- 613 | Training records | X | | X | X |
| 1614-1622 | **Repeated** travel authorization 2014; 3rd CEO posting info. | X | | X | X |
| 1623–180 | 185 **Blank** Spreadsheets | X | | X | X |

3

| Page No. | Subject | Failure to answer: Did not ask for this; not applicable or relevant | Failure to answer: Defendant' provided as evidence to Respondent. | Failure to answer: Information duplicated several times | Evasive or incomplete answer. |
|---|---|---|---|---|---|
| 1900-1925 | Documents from OAH case 19-OSP-01028 | X | X | | X |
| 1926-1939 | **Repeated** controlled substance documentation from 2016 | X | | X | X |
| 1940-2346 | **Repeated** 3rd CEO posting documents | X | | X | X |
| 2347-2763 | **Repeated** DPS hearing and mediation, OSI | X | | X | X |
| 2764-2843 | **Repeated** 3rd CEO posting documents | X | | X | X |
| 2844- 2897 | **Repeated** DPS EEO findings | X | | X | X |
| 2898-2902 | **Repeated** FMLA | X | | X | X |
| 2903 | Career Banding from 2008, no longer used | X | | | X |
| 2904-2981 | **Repeated** emails from 2016, 2017, 2019 | X | | X | X |
| 2982-3004 | **Repeated** controlled substance information | X | | X | X |
| 3005-3157 | **Repeated** OSI, hearing, EEO | X | | X | X |
| 3158-3169 | **Repeated** list of DPS positions | X | | X | X |

| Page No. | Subject | Failure to answer: Did not ask for this; not applicable or relevant | Failure to answer: Defendant' provided as evidence to Respondent. | Failure to answer: Information duplicated several times | Evasive or incomplete answer. |
|---|---|---|---|---|---|
| 3193-3377 | 184 **Blank** Spreadsheets | X | | X | X |
| 3378- 3435 | **Repeated** 3rd posting documents | X | X | X | X |
| 3436-3441 | **Repeated** 10-hour work week from 2005 | X | | X | X |
| 3442-3580 | **Repeated** informal discussion, OSI, grievance info. | . X | | X | X |
| 3581-3693 | **Repeated** OSI documents | X | | X | X |
| 3694-3699 | **Repeated** training records | X | | X | X |
| 3700-3745 | **Repeated** OSI, USP 800, Requests for transfer, medical note, | X | | X | X |
| 3746-3762 | **Repeated** 3rd CEO posting documents, FMLA, FAD, Mediation | X | X | X | X |
| 3763-3915 | Dependent's work history; misc. documents; 2003 – 2011. | X | | X | X |
| 3916-3923 | **Repeated** controlled substance documentation | X | | X | X |

| Page No. | Subject | Failure to answer: Did not ask for this; not applicable or relevant | Failure to answer: Defendant' provided as evidence to Respondent. | Failure to answer: Information duplicated several times | Evasive or incomplete answer. |
|---|---|---|---|---|---|
| 3937-3946 | **Repeat** of Defendant's training history, EEOC filing | X | | X | X |
| 3947-4019 | Defendant's exhibits given to DPS for hearing. Not requested | X | X | | X |
| 4020-4391 | 371 **Blank** spreadsheets | X | | X | X |
| 4392-4429 | **Repeated** EEO documents | X | | X | X |
| 4430-4436 | Employee history for one random retired DPS employee | X | | | X |