THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION

No. 5:21-CV-00225-BO

| | |
|---|---|
| JUDITH KNECHTGES, | ) |
| Plaintiff, | ) **MOTION FOR EXTENSION** |
| v. | ) **OF TIME TO FILE** |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) **DISPOSITIVE MOTIONS** |
| Defendants. | ) |

NOW COMES Defendants, NC Department of Public Safety, Eric Hooks, Janet Thomas and Terri Catlett ("Defendants") appearing by and through undersigned counsel pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moving to extend the deadline to file dispositive motions by thirty (30) days until April 24, 2023. In support of this motion, Defendants state as follows:

1. On May 17, 2021, Plaintiff Judith Knechtges, ("Plaintiff"), an employee of Defendant NC DPS filed a complaint in this case alleging that that she was discriminated against by Defendants by failing to promote her to the Central Prison Hospital CEO position based on her race, sex and age. [D.E. 1]

2. On August 6, 2021, Defendants filed their Answer to Plaintiff's Complaint. [D.E. 8]

1

3. Undersigned counsel incorporates and adopts the procedural history as laid out in the last two prior motions filed by undersigned counsel in [D.E. 34, 35].

4. On February 23, 2023, the Court issued a updated scheduling order that Dispositive Motions would be due on March 23, 2023. [D.E. 40]

5. On March 16, 2023, plaintiff's counsel filed a second motion to compel discovery. [D.E. 41]

## GROUNDS FOR MOTION

6. Undersigned counsel is sick with covid like symptoms including fever, aches, extreme headache and general malaise. Undersigned counsel is so sick it is difficult to work or concentrate on anything for a significant amount of time.

7. There is also Plaintiff's pending motion to compel filed on March 16, 2023 which undersigned counsel plans on responding to.

8. Undersigned counsel also plans on filing a Motion for Summary Judgment on behalf of Defendants in this matter and has been diligently working on the motion and attempting to obtain the necessary affidavits in support of the motion, however, the Motion for Summary Judgment as well as all the necessary affidavits are not completed.

9. This motion is not being filed for the purpose of delay.

10. Undersigned counsel is unaware of opposing counsel's position regarding this motion.

WHEREFORE, for the reasons set forth above, for the good cause shown, Defendants respectfully requests that the Court enter an order extending the dispositive motion deadline thirty days until April 24, 2023.

This the 23rd day of March, 2023.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General
N.C. State Bar No. 42008
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629

Telephone: (919) 716-6568

Facsimile: (919) 716-6761

E-mail: bnichols@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing **Motion of Extension of Time to File Dispositive Motions** with the Clerk of the Court utilizing the CM/ECF system:

>Valerie Bateman
>New South Law Firm, P.C.
>209 Lloyd Street, Suite 350
>Carrboro, NC 27510
>valerie@newsouthlawfirm.com

This the 23rd day of March 2023.

/s/ Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General