IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-225-BO

| | |
|---|---|
| JUDITH KNECHTGES,<br><br>Plaintiff,<br><br>v.<br><br>N.C. DEPARTMENT OF PUBLIC SAFETY, ERIC HOOKS, JANET THOMAS, and TERRI CATLETT,<br><br>Defendants, | **ADDITIONAL RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL [DE 41]** |

COMES NOW the Plaintiff and files this additional response in support of her Motion to Compel filed on March 16, 2023 [DE41] and provides the Court the following documents:

**Exhibit 1** - A summary of the documents produced in Discovery as of the date of this Response and deficiencies regarding the same;

**Exhibit 2**- The material facts which Plaintiff seeks to prove, which her requests for production of documents served on April 21, 2022, were intended to discover; and

**Exhibit 3**- The outstanding documents needed by Plaintiff to support the material facts listed in Exhibit 1, and which are related to the issues in this case and will be at issue upon any filing of any dispositive motion by either party.

The issues in this case are:

1-Whether Plaintiff was discriminated against on the basis of her age, sex, and race, when she was denied promotion to the Central Prison Health Care Complex (CPHCC) Chief Executive Officer position in which she had been working for over two years, and for which she was selected as the most qualified applicant on the first and second positions of the position but which she was denied after a new interview panel selected for a third posting rejected her in favor of a younger, male, white applicant who had been deemed unqualified when he applied on the second posting of the position; and

2-Whether ,after she complained about the discriminatory denial of promotion, Defendants retaliated against her by issuing her a unwarranted disciplinary action, instigating false allegations of misconduct against her, transferring her as a result of the false allegations to a Medical Records position at Women's Prison for over three years, when the investigation found no evidence of misconduct on Plaintiff's part in two months, failing to discipline the person who made the false allegations, and then attempting to return Plaintiff to a position where she would be supervised by the person who made the false allegations against her, and as an alternative, offering her a ten pay grade demotion, which resulted in Plaintiff seeking short-term disability.

WHEREFORE, Plaintiff implores this Court to Order Defendants to produce the documents listed in Exhibit 3 within a specific period of time after the Court's Order and prior to any extension of the dispositive motion deadline.

- 2 -
Case 5:21-cv-00225-BO    Document 52    Filed 05/12/23    Page 2 of 4

Respectfully submitted, this 12th day of May 2023.

| | |
|---|---|
| /s/ VALERIE L. BATEMAN | /S/ JUNE K. ALLISON |
| Valerie L. Bateman | June K. Allison |
| NEW SOUTH LAW FIRM | NEW SOUTH LAW FIRM |
| 209 Lloyd Street, Ste 350 | 233 S. Laurel Avenue |
| Carrboro, North Carolina 27510 | Charlotte, NC  28207 |
| Tel:  919-810-3139 | Tel:  704-277-0113 |
| Fax: 919-823-6383 | Fax: 919-823-6383 |
| valerie@newsouthlawfirm.com | june@newsouthlawfirm.com |
| NC State Bar No. 13417 | NC State Bar No. 9673 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ADDITIONAL RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL [DE41]** was served by filing the document electronically via the CM/ECF system, which will send notification of such filing to all counsel of record.

This 12th day of May 2023.

/S/ VALERIE BATEMAN
NEW SOUTH LAW FIRM
*Counsel for Plaintiff*