IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-225-BO

| | | |
|---|---|---|
| JUDITH KNECHTGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court to address Defendants' motion to extend the deadline to file dispositive motions for seven days. [DE-51]. Plaintiff indicates she opposes the extension. [DE-52] at 2. As previously noted, it is unclear how Plaintiff will be prejudiced by allowing additional time for filing dispositive motions when Plaintiff asserts that discovery is not complete.

For good cause shown, the request to extend case deadlines is allowed, and potentially dispositive motions shall be filed by **May 17, 2023**.

SO ORDERED, the 17 day of May, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge