IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:21-CV-00225-BO

| | |
|---|---|
| JUDITH KNECHTGES, | )<br>) |
| Plaintiff, | ) APPENDIX TO DEFENDANT'S<br>) MOTION FOR SUMMARY |
| v. | ) JUDGMENT<br>) |
| N. C. DEPARTMENT OF PUBLIC SAFETY | )<br>)<br>) |
| Defendant. | )<br>) |

NOW COMES Defendants, NC Department of Public Safety, Eric Hooks, Janet Thomas and Terri Catlett ("Defendants") through undersigned counsel, and respectfully submit this Appendix to Defendant's Motion for Summary Judgment. This Appendix contains only documents not already filed with the other supporting documents.

    Exhibit A - Declaration of Counsel
    Exhibit B – Declaration of Janet Thomas
    Exhibit C – Declaration of Terri Catlett
    Exhibit D – Declaration of Erik Hooks

    Exhibit 1- 4/22/16 Letter addressed to Plaintiff appointing her as Interim CEO
    Exhibit 2 – Posting for Hospital CEO Position
    Exhibit 3 – Plaintiff's Application for Hospital CEO Position
    Exhibit 4 – Interview Summary for Hospital CEO Position
    Exhibit 5 – 11/1/2018 Memo from Anita Wilson, MD to Kenneth Lassister
    Exhibit 6 – 8/30/2018 Email from Sara Royster to Reuben Young
    Exhibit 7 – Affidavit of Reuben Young originally file in 19 OSP 1028
    Exhibit 7.1 – Affidavit of Luann Roberts originally filed in 19 OSP 1028
    Exhibit 7.2 – Affidavit of Anita Wilson originally filed in 19 OSP 1028
    Exhibit 8 – Affidavit of Erica Zendt originally file in 19 OSP 1028
    Exhibit 9 – 12/12/18 Letter addressed to Plaintiff
    Exhibit 10- Petition for Contested Case Hearing in 19 OSP 1028
    Exhibit 11 – Motion for Summary Judgment filed in 19 OSP 1028
    Exhibit 12 – Court Order Granting Summary Judgment 19 OSP 1028

Exhibit 13 -  Plaintiff's 59 and 60 Motion in 19 OSP 1028
Exhibit 14 -  Plaintiff's Voluntary Dismissal in 19 OSP 1028
Exhibit 15-   Petition for Consested Case Hearing in 20 OSP 2124
Exhibit 16-  Motion to Dismiss filed in 20 OSP 2124
Exhibit 17-   Final Decision/Judgment in 20 OSP 2124
Exhibit 18-  Plaintiff's 59 and 60 Motion in 20 OSP 2124
Exhibit 19 – Order Denying 59 and 60 Motion in 20 OSP 2124
Exhibit 20 – Notice of Appeal in 20 OSP 2124
Exhibit 21 – Unpublished COA Opinion in 20 OSP 2124 (COA 22-213)

Respectfully submitted the 17th day of May, 2023.

**JOSHUA H. STEIN**
**ATTORNEY GENERAL**

/s/ Bryan G. Nichols
Bryan G. Nichols
Assistant Attorney General
State Bar No.  42008
N. C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone:   (919) 716-6558
Facsimile:   (919) 716-6761
Email        bnichols@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document utilizing the CM/ECF System, which will provide electronic notification to Plaintiff's counsel of record as follows:

> Valerie Bateman
> New South Law Firm,
> P.C. 209 Lloyd Street,
> Suite 350
> Carrboro, NC 27510
> valerie@newsouthlawfirm.com

This the 8th day of May, 2023.

/s/ Bryan G. Nichols

Bryan G. Nichols
Assistant Attorney General