Attachment B



## North Carolina Department of Public Safety
### Adult Corrections & Juvenile Justice Administration

Pat McCrory, Governor
Frank Perry, Secretary

W. David Guice, Commissioner

April 22, 2016

Judy Knechtges
1676232

This letter appoints you as Acting Hospital Chief Executive Officer for Central Prison Hospital effective today, April 22, 2016.

I am working with human resources on the salary you will receive and have been assured it will be commensurate for your new job duties.

I look forward to our continued working relationship and appreciate your willingness to serve.

Sincerely,

*[signed]* Yoast for W. David Guice 4/20/16

W. David Guice, Commissioner
Adult Corrections and Juvenile Justice

Exhibit 1