

**STATE OF NORTH CAROLINA
invites applications for the position of:**

# Hospital Chief Executive Officer (CEO)

**JOB CLASS TITLE:** Hospital Chief Executive Officer

**POSITION NUMBER:** 60069054

**DEPARTMENT:** Dept of Public Safety

**DIVISION/SECTION:** Adult Corrections and Juvenile Justice

**SALARY RANGE:** $94,603.00 - $170,285.00 Annually

**RECRUITMENT RANGE:** $94,603.00 - $170,285.00

**SALARY GRADE / SALARY GRADE EQUIVALENT:** GN23

**COMPETENCY LEVEL:** Not Applicable

**APPOINTMENT TYPE:** Permanent Full-Time

**WORK LOCATION:** Wake County

**OPENING DATE:** 08/07/18

**CLOSING DATE:** 08/19/18 5:00 PM Eastern Time

**DESCRIPTION OF WORK:**

**This is a repost for position 60069054 (17-13449) under the new State Classification and Compensation system. There have been significant changes to the classification of this position in comparison to previous postings, so all interested parties should pay close attention to the recruitment/salary range. Anyone requesting consideration for this position will have to submit a new job application.**

**This position is "Managerial Exempt" and is not subject to protection under Article 1, Chapter 126, of the North Carolina Human Resources Act.**

Located just outside of downtown Raleigh, Central Prison's Regional Medical Center is the state's premiere penal medical facility and diagnostic center. A full-service, facility including 120 inpatient hospital beds and 216 mental health facility beds, it offers medical and psychiatric care to male inmates assigned to Central Prison as well as male and female inmates from around the state. The complex is staffed by more than 550 employees and includes operating rooms, clinics and clinical laboratories; a dental facility, two surgery suites, a laboratory and imaging area; a dialysis facility; a pharmacy with an ISO 7 clean room; as well as a central energy plant.
The Department of Public Safety (DPS) is seeking an innovative and proven Hospital CEO who will be responsible for ensuring that high quality health and psychiatric care is delivered in a manner that will meet or exceed set standards while maintaining a reasonable cost structure.

Exhibit 2

As CEO, the incumbent will be responsible for directing day to day operations, managing and developing staff, assuring high quality care, sound fiscal operations and ensuring compliance with regulations and accrediting body requirements.

**Significant Duties of the Position:**

- Ensures that the healthcare complex is operating in accordance with state and federal standards, policies and regulations, as well as those published by the Joint Commission on Accreditation of Healthcare Organizations (Joint Commission), State of North Carolina Department of Health and Human Services, and US government (ADA, OSHA, Department of Labor, etc.)
- Oversees fiscal operations, including accounting, planning budgets, authorizing expenditures, establishing rates for services and coordinating financial reporting.
- Has oversight of computerized record management systems used to store and process patient-related and other important data.
- Oversees human resource-related activities such as recruitment, staffing and training of personnel.
- Directs, supervises and evaluates work activities of medical, nursing, technical, clerical, service, maintenance, and other personnel.
- Ensures that all departments and units work together cohesively and in the best interest of the overall healthcare complex.
- Prepares activity and other types of reports to inform management of the status and implementation of plans of programs, services and quality initiatives.

**KNOWLEDGE, SKILLS AND ABILITIES / COMPETENCIES:**

**Listed below are the knowledge, skills and abilities (KSAs) associated with this position. These KSAs, along with the minimum education and experience listed, are required in order to be deemed "eligible" for the position. Therefore, you must demonstrate or provide supporting information within the body of your application to demonstrate your possession of each KSA listed.**

- Demonstrated knowledge of healthcare delivery system operations and trends.
- Demonstrated knowledge of state and federal standards, policies and regulations concerning healthcare administration.
- Demonstrated knowledge of Joint Commission on Accreditation of Healthcare Organizations (JCAHO) certification standards.
- Demonstrated knowledge of business and management principles involved in strategic planning, resource allocation, human resources, coordination of people and resources.

**Management Preferences:**
**Preference will be given to those applicants who specify experience in the following areas:**

- Previous executive-level experience at a correctional or involuntary custody behavioral or medical healthcare facility/institution.
- Demonstrated experience providing direction and working collaboratively with staff at all levels including physicians, nurses, technical, clerical, service, maintenance, and other personnel.
- Proven ability to propose, monitor, analyze and adjust hospital budgets to achieve operational goals.
- Demonstrated experience with computerized record management systems used to store and process patient, and other related data.

**MINIMUM EDUCATION AND EXPERIENCE REQUIREMENTS:**
- Master's degree in Hospital Administration, Health care Administration, or a clinical Human Resources field, **AND** six (6) years of hospital administrative experience;

or

- Bachelor's degree in health care or business administration **AND** eight (8) years of hospital administrative experience;

or

- An equivalent combination of education and experience.

All degrees must be received from appropriately accredited institutions and are subject to verification.

**SUPPLEMENTAL AND CONTACT INFORMATION:**

The NC Department of Public Safety (DPS) is an Equal Opportunity Employer and encourages qualified men and women to apply. DPS uses the Merit-Based Recruitment and Selection Plan to fill positions subject to the State Personnel Act with the most qualified individuals. Hiring salary will be based on relevant qualifications, internal equity and budgetary considerations pertinent to the advertised position.

Online applications are only accepted through http://www.oshr.nc.gov/jobs/

Resumes will not be accepted in lieu of the state application. Embedded or attached resumes **ARE NOT** accepted as a substitution for a completed application.

**To receive credit for all of your work history and credentials, you must list the information on the State of North Carolina application in the Education and Work Experience sections of the applications form. Any information omitted cannot be considered for qualifying credit.**

Degrees must be received from appropriately accredited institutions.

Applicants seeking Veteran's Preference must attach a DD form 214, Certificate of Release or Discharge from Active Duty, along with your application.

During the online application process if additional documentation is required, attach the documentation at the bottom of Step 4 in the application process.

If applying for a position certified through the North Carolina Department of Justice-Criminal Justice Standards Division, refer to http://www.ncdoj.gov/getdoc/831a884b-7b81-42bf-aa64-6d725bbbd49e/Criminal-Justice-Education-and-Training-Standards.aspx for specific certification requirements.

The NC Department of Public Safety must adhere to the United States Department of Justice Final Rule on the "National Standards to Prevent, Detect, and Respond to Prison Rape" under the Prison Rape Elimination Act (PREA) Standards at 28 C.F.R. Part 115 Docket No. OAG-131 RIN 1105-AB34. Refer to http://www.ncdps.gov/document/prea-hiring-and-promotion-prohibitions for hiring and promotion prohibition requirements for all positions in the NC Department of Public Safety.

**Due to the volume of applications received, we are unable to provide information regarding the status of your application over the phone. To check the status of your application, please log in to your account and click "Application Status."**

If there are any specific questions related to this posting, you may contact Sara Royster, Critical Needs Analyst III at sara.royster@ncdps.gov

APPLICATIONS MAY BE FILED ONLINE AT:
http://www.oshr.nc.gov/jobs/index.html

NOTE: Apply to the department listed on posting
An Equal Opportunity Employer, NC State Government

Position #18-09291
HOSPITAL CHIEF EXECUTIVE OFFICER (CEO)
SR

**Hospital Chief Executive Officer (CEO) Supplemental Questionnaire**

* 1. Do you have knowledge of, and have you demonstrated where you gained knowledge of healthcare delivery system operations and trends?
  ❏ Yes   ❏ No

* 2. Do you have prior experience in an Executive position in healthcare/behavioral health in a hospital or institutional setting where the population served were incarcerated or remanded involuntarily or by court order? If your response is "yes", please list the facility or facilities that you are referencing.

* 3. Do you have knowledge of state and federal standards, policies and regulations concerning healthcare administration, and have you demonstrated where that knowledge was utilized in a present or previous position?
  ❏ Yes   ❏ No

* 4. Do you have knowledge of Joint Commission on Accreditation of Healthcare Organizations (JCAHO) certification standards?
  ❏ Yes   ❏ No

* 5. Have you previously participated in a JCAHO audit or survey, and what areas of concern were addressed during this survey? Please expand on any resolutions or changes implemented as a result of these concerns or violations.

* 6. Have you given detailed information within the body of your application in regards to where your knowledge of business and management principles involved in strategic planning, resource allocation, human resources, coordination of people and resources has been utilized in a current or previous position?
  ❏ Yes   ❏ No

* 7. Please briefly explain or give examples for question #6, what activities you were involved in where each of the following were used: Strategic planning, resource allocation, human resources, and coordination of people and resources?

* 8. In order for your application to be deemed minimally qualified, you must have demonstrated your possession of or knowledge of ALL of the required items under the "education and experience" and "knowledge, skills and abilities" sections. Have you addressed each of these requirements in detail within the body of your application?

   ❏ Yes  ❏ No

* Required Question