

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## Interview Summary

| Job Class Title | Hospital Chief Executive Officer | Location | Randall Building |
|---|---|---|---|
| Working Title | Hospital Chief Executive Officer | County | Wake |
| Position Number | 60069054   Salary Grade/Competency **GN23** | Division/Section | Division of Prisons |

**Instructions:** The Work Location shall complete this form by listing the candidate(s) name, date and time of the interview and indicate the candidate's priority status if applicable. The Chair shall record each interviewer's overall rating as recorded on the Interview Rating (Form HR 006). In conjunction with team members, the Chair will review the interviewers' results and record an overall rating of Excellent (E), Above Average (AA), Average (A), Below Average (BA) or Poor (P). The Chair and interview team members will sign/date this form and submit to the Hiring Manager or HR Recruiter.

**Special Note for RIF Priority Candidates:** Candidate must be interviewed or the "Notes/Comments" field must be completed to explain reason.

| Candidate Name | Interview Date | Time (HH:MM AM or PM) | Notes/Comments | Promo | RIF | Vet Pref | #1 | #2 | #3 | Overall Rating |
|---|---|---|---|---|---|---|---|---|---|---|
| James Alexander | 10/1/18 | 9:00am | | Yes | No | No | AA | AA | A | AA |
| Nathaniel Carmichael | 10/1/18 | 10:00a | | Yes | No | Yes | A | AA | AA | AA |
| Chad Lovett | 10/1/18 | 11:00a | | No | No | No | AA | A | A | A |
| Judith Knechtges | 10/2/18 | 10:00a | | Yes | No | No | A | A | BA | A |
| William Lucas | 10/2/18 | 11:00a | | Yes | No | No | A | A | BA | A |
| | | | | | | | | | | |
| | | | | | | | | | | |

Form HR 007 Interview Summary
Form structure last revised April 2013
NC Department of Public Safety, Division of Administration

000003

Page 1 of 2

Knechtges v. NCDPS
19 OSP 01028

| | Job Class Title | **Hospital Chief Executive Officer** | Location | **Randall Building** |
|---|---|---|---|---|
| | Working Title | **Hospital Chief Executive Officer** | County | **Wake** |
| | Position Number | **60069054**  Salary Grade/Competency **GN23** | Division/Section | **Division of Prisons** |

**Special Note for RIF Priority Candidates:** Candidate must be interviewed or the "Notes/Comments" field must be completed to explain reason.

| Candidate Name | Interview Date | Time (HH:MM AM or PM) | Notes/Comments | Promo | RIF | Vet Pref | #1 | #2 | #3 | Overall Rating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ | ☐ | ☐ | | | | |
| | | | | ☐ | ☐ | ☐ | | | | |
| | | | | ☐ | ☐ | ☐ | | | | |
| | | | | ☐ | ☐ | ☐ | | | | |
| | | | | ☐ | ☐ | ☐ | | | | |
| | | | | ☐ | ☐ | ☐ | | | | |
| | | | | ☐ | ☐ | ☐ | | | | |

Based on Interview Results the following candidate(s) are submitted for further consideration.

*Chad Lovett*

| Interviewers' # | Name | Signature | Title | Date |
|---|---|---|---|---|
| #1 | Anita Wilson | | | |
| #2 | Annie Harvey | | | |
| #3 | Doug Holbrook | | | |

Form HR 007 Interview Summary
Form structure last revised April 2013
NC Department of Public Safety, Division of Administration

000004