

**North Carolina Department of Public Safety**
Prisons

000001

Roy Cooper, Governor
Erik A. Hooks, Secretary

Reuben F. Young, Interim Chief Deputy Secretary
Kenneth E. Lassiter, Director

TO: Kenneth Lassiter, Director

FROM: Anita Wilson, MD
Medical Director III

November 1, 2018

RE: Justification for hiring an external candidate for position #60069054 (Hospital Chief Executive Officer)

Position: Central Prison Healthcare Complex is a full service facility that includes 120 inpatient medical and 216 mental health beds. The complex is staffed by more than 550 employees and includes a dental facility, two surgery suites, radiology services, dialysis unit, pharmacy, and central energy plant. As CEO of this facility, the incumbent will be responsible for directing day to day operations, managing and developing staff, assuring high quality care, sound fiscal operations, and ensuring compliance with regulations and accrediting body requirements. We are seeking an innovative and proven Hospital CEO who will be responsible for ensuring that high quality health and psychiatric care is delivered in a manner that will meet or exceed set standards while maintaining a reasonable cost structure.

Applicant Pool: A total of seven applicants were offered interviews. Two external applicants declined. Three internal and two external applicants were interviewed. Two top candidates were chosen by interviewing team and the top candidate was chosen after careful review of credentials, experience, and references.

Candidate Selection: Mr. Chad Lovett was chosen as top contender due to his extensive experience as a hospital CEO. He has over 9 ½ years' experience as hospital CEO. Five of those years were with one company, three separate facilities. He has taken all three of the facilities through Joint Commission Accreditation with one of the facilities being granted its initial accreditation under his leadership. He has specific experience with repairing failing community physician support relationships as well as recruiting and reengineering medical staff to serve the provided mission. He has proven himself to be fiscally responsible by increasing efficiency and decreasing expenditures within his facilities. References point out that Mr. Lovett is self-motivated and has the unique ability to drive efficiency and teamwork.

Along with administrative experience, he has nine years of correctional experience with the Federal Bureau of Prisons to include working within health services as a nurse. Mr. Lovett has a Masters in Healthcare Administration. His experience and education make him the most qualified applicant.



MAILING ADDRESS:
4260 Mail Service Center
Raleigh NC 27699-4260

www.ncdps.gov

*An Equal Opportunity employer*

OFFICE LOCATION:
831 West Morgan Street.
Raleigh, NC 27699-4260
Telephone: (919) 838-4000
Fax: (919) 733-8272

Exhibit 5

Mr. Lovett is chosen over Ms. Judith Knechtges as she meets the education requirements but does not have the extensive CEO experience nor did she interview well.

Mr. Lovett is chosen over Mr. William Lucas as he has healthcare administration experience but does not have the level of education or specific hospital CEO experience that the chosen applicant has. Mr. Lucas also scored below average during his interview.

Mr. Lovett is chosen over Mr. James Alexander as he meets the education requirement and has healthcare administration experience but does not have specific hospital CEO experience. In comparison with Mr. Lovett, Mr. Alexander lacks experience in attaining initial Joint Commission accreditation and advanced fiscal management.