**From:** Royster, Sara
**Sent:** Thursday, August 30, 2018 2:10 PM
**To:** Young, Reuben <Reuben.Young@ncdps.gov>
**Cc:** Howard, Shari <shari.howard@ncdps.gov>; Royster, Sara <Sara.Royster@ncdps.gov>
**Subject:** Hospital CEO

Judge Young,

Good afternoon! Attached are the 7 most qualified candidates for the CPHC CEO position. Please note that I have included Clarence Cryer in the group, but did reach out to him to inquire because of the minimum required salary of $200,000.00 and the note that relocation assistance was required. Once he replies, if he is no longer interested in being considered I will let you know. I am also working on salary worksheets for each candidate under the new class/comp system so that you have an idea of their qualifying salaries in comparison to the range.

Additionally, I will have interview questions for you before close of business tomorrow. Your interview panel will need to consist of people who are above GN23. Please let me know if you have any questions or concerns. Good Luck Sir!

Regards,

*Sara T. Royster*

Sara T. Royster
Personnel Analyst III – Critical Needs
NC Department of Public Safety
Central Human Resources
214 W. Jones Street
Raleigh, NC 27699
4203 MSC - /Courier 53-71-00
Office: (919) 457-1161 - sara.royster@ncdps.gov
Cell: (919) 980-0795
https://www.governmentjobs.com/careers/northcarolina



Email correspondence to and from this address may be subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized state official.