| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE OFFICE OF ADMINISTRATIVE HEARINGS |
| COUNTY OF WAKE | 19 OSP 01028 |

JUDITH KNECHTEGES,
                Petitioner,

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,
                Respondent.

**AFFIDAVIT OF ANITA WILSON**

1. I am an adult over the age of eighteen years and competent to provide this Affidavit, which I am making of my own free will, stating facts of which I have personal knowledge.

2. I am currently employed by the State of North Carolina as the Medical Director for the North Carolina Department of Public Safety (the "Department"), Division of Prisons.

3. I was on the panel that interviewed applicants for the Department's Central Prison Hospital CEO position ("CEO Position") in the Fall of 2018. The other panel members were Annie Harvey and Doug Holbrook. The panel was provided with specific questions to ask the applicants.

4. Following the interviews, the panel provided their interview notes and scores to the hiring manager, Reuben Young. The panel also discussed the interviews and decided to recommend Chad Lovett to Mr. Young as the most qualified candidate based on the interviews and application materials. I communicated that recommendation to Mr. Young. I was then asked to provide a memorandum to the Director of the Division of Prisons, Kenneth Lassiter, justifying the recommendation. A true and accurate copy of the recommendation

1

memorandum is attached as Exhibit 5 to Respondent's July 29, 2019, Motion for Summary Judgment.

**INTENTIONALLY LEFT BLANK**

This the 4th day of September, 2019.

_____
Anita Wilson, M.D.

Sworn to and subscribed before me this the
4th day of September, 2019.

_____
Sylvia Creech
(Notary Public)

My Commission Expires: 9-12-2023

3