| STATE OF NORTH CAROLINA | IN THE OFFICE OF |
| --- | --- |
| | ADMINISTRATIVE HEARINGS |
| COUNTY OF WAKE | 19 OSP 01028 |

JUDITH KNECHTEGES,
           Petitioner,

v.

**AFFIDAVIT OF ERICA ZENDT**

NORTH CAROLINA DEPARTMENT OF
PUBLIC SAFETY,
           Respondent.

1. I am an adult over the age of eighteen years and competent to provide this Affidavit, which I am making of my own free will, stating facts of which I have personal knowledge.

2. I am currently employed by the State of North Carolina as the Deputy Director of Human Resource Operations for the North Carolina Department of Public Safety (the "Department").

3. As the Deputy Director, I have knowledge of which positions within the Department are designated as exempt managerial positions under North Carolina General Statute section 126-5(b)(2).

4. I have reviewed the Department's files for the Central Prison Hospital CEO position ("CEO Position"), which was position number 60069054.

5. The CEO Position is currently an exempt managerial position under North Carolina General Statute section 126-5(b)(2).

6. The CEO Position was originally designated as an exempt managerial position effective October 1, 2013, and has remained an exempt managerial position since that time.

1

This the 6 day of September, 2019.

                                            _____
                                            Erica Zendt

Sworn to and subscribed before me this the

6 day of September, 2019.

Rebecca M. Hinton
(Notary Public)

My Commission Expires: 1-15-2023

[Notary Seal: REBECCA M HINTON, NOTARY PUBLIC, JOHNSTON COUNTY, NC, Comm. Exp. 1-15-2023]