

# North Carolina Department of Public Safety
Prisons

Roy Cooper, Governor  
Erik A. Hooks, Secretary

Reuben Young, Interim Deputy Secretary  
Kenneth E. Lassiter, Director

December 12, 2018

Judith Knechtges  
211 Coltsgate Drive  
Cary, NC 27518

Dear Ms. Knechtges,

This letter is to inform you that your temporary assignment as Acting CEO for the Central Prison Hospital is ending effective today. You are being returned to your permanent position of Pharmacy Director at the Apex Central Pharmacy, and your immediate supervisor will be Janet Thomas.

Your salary will be adjusted back to your prior annual rate, plus any legislative or position reallocations that have been granted during your tenure as acting CEO.

On behalf of the agency and the division, I want to thank you for your service and contributions to the hospital operations; and I look forward to your continued service to our pharmacy operations.

If you have any questions about this action or your salary adjustment, please feel free to contact Twyla Philyaw, Assistant Director – Prisons Administrative Services.

Sincerely,

Kenneth E. Lassiter  
Director of Prisons

Cc: Personnel File  
Annie Harvey  
Terri Catlett



MAILING ADDRESS:  
4278 Mail Service Center  
Raleigh, NC 27699-4278  
www.ncdps.gov

OFFICE LOCATION:  
831 W. Morgan St.  
Raleigh, NC 27699-4278  
Telephone: (919) 838-4000  
Fax: (919) 733-1415