| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE OFFICE OF ADMINISTRATIVE HEARINGS |
| COUNTY OF WAKE | 19 OSP 01028 |

JUDITH KNECHTEGES,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　) **VOLUNTARY DISMISSAL**
　　　　　　　　　　　　　　　　) **WITHOUT PREJUDICE**
NORTH CAROLINA DEPARTMENT　　)
OF PUBLIC SAFETY,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Respondent.　　　　　　　 )

Petitioner dismisses this contested case WITHOUT PREJUDICE and reserving the right to refile within one (1) year of this date.

　　　　　　October 1, 2019.


　　　　　　**LAW OFFICES OF MICHAEL C. BYRNE**


　　　　　　By: /s/ Michael C. Byrne
　　　　　　　　Michael C. Byrne
　　　　　　　　150 Fayetteville Street, Suite 1130,
　　　　　　　　Raleigh, NC, 27601
　　　　　　　　Tel: (919) 865-2572
　　　　　　　　NC Bar # 22690

1

**CERTIFICATE OF SERVICE**

The undersigned has this day served a copy of this document on Respondent, by Efile to:

Corrine Lusic
Assistant Attorney General
North Carolina Department of Justice

October 1, 2019

By: /s/ Michael C. Byrne
Michael C. Byrne