| STATE OF NORTH CAROLINA | IN THE OFFICE OF ADMINISTRATIVE HEARINGS |
|---|---|
| COUNTY OF WAKE | 20 OSP 02124 |

| | |
|---|---|
| Judith Knechteges,<br>    Petitioner,<br><br>v.<br><br>NC Department of Public Safety,<br>    Respondent. | **ORDER DENYING PETITIONER'S RULE 59 AND RULE 60 MOTIONS** |

    **UPON CONSIDERATION** of Petitioner's Rule 59 and Rule 60 Motions ("Motions"), filed on March 23, 2021, having provided Respondent an opportunity to respond to the Motions, and for a lack of good cause shown, the undersigned hereby **DENIES** Petitioner's Motions. The Final Decision issued on February 25, 2021 shall remain in full force and effect.

    This the 20th day of April, 2021.

Melissa Owens Lassiter
Administrative Law Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that, on the date shown below, the Office of Administrative Hearings sent the foregoing document to the persons named below at the addresses shown below, by electronic service as defined in 26 NCAC 03 .0501(4), or by placing a copy thereof, enclosed in a wrapper addressed to the person to be served, into the custody of the North Carolina Mail Service Center who subsequently will place the foregoing document into an official depository of the United States Postal Service:

Judith Ellen Knechtges
jeknec25@gmail.com
    Petitioner

Jennifer J Knox
The Law Firm of Jennifer Knox, PC
jenknox74@gmail.com
    Attorney For Petitioner

Tammera S Hill
Assistant Attorney General, NC Department of Justice
thill@ncdoj.gov
    Attorney For Respondent

Norlan Graves
North Carolina Department of Justice
ngraves@ncdoj.gov
    Attorney For Respondent

This the 20th day of April, 2021.

Jerrod Godwin
Administrative Law Judge Assistant
N.C. Office of Administrative Hearings
1711 New Hope Church Road
Raleigh, NC 27609-6285
Phone: 919-431-3000