| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF WAKE | IN THE OFFICE OF<br>ADMINISTRATIVE HEARINGS<br>20 OSP 02124 |

| | |
|---|---|
| JUDITH KNECHTGES,<br><br>    Petitioner,<br><br>v<br><br>DEPARTMENT OF PUBLIC SAFETY,<br><br>    Respondent. | **NOTICE OF APPEAL** |

    Judith Knechtges, Petitioner, hereby gives notice of appeal to the Court of Appeals of North Carolina from the final decision filed on April 20, 2021, denying her Motions under Rule 59 and Rule 60 in which she requested a new hearing and relief from the final decision of the Administrative Law Judge filed on February 25, 2021 for the grounds contained in those motions.

    Respectfully submitted this the 27th day of April 2021.

*[signature]*
JUDITH KNECHTGES, *pro se*
Address 211 Coltsgate Drive
Cary, NC 27518
Tel (919) 812-2226
Email jeknec25@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date shown below she sent the foregoing document to the persons named below at the addresses shown below, by electronic service as defined in 26 NCAC 03 .0501(4) or by placing a copy thereof, enclosed in a wrapper addressed to the person to be served into an official depository of the United States Postal Service:

Norlan Graves
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
ngraves@ncdoj.gov
Attorney For Respondent

This the 27th day of April 2021.

JUDITH KNECHTGES, pro se

2
Case 5:21-cv-00225-BO   Document 56-25   Filed 05/17/23   Page 2 of 2