THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:21-CV-00225-BO

| | |
|---|---|
| JUDITH KNECHTGES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| NC DEPARTMENT OF PUBLIC ) | |
| SAFETY, ) | |
| ) | |
| Defendant. ) | |

Defendant, North Carolina Department of Public Safety, (hereafter "NCDPS") having moved to to substitute party and to amend caption, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Defendants Motion to Substitute Party Defendant and Amend Caption is granted.

The Clerk is hereby instructed to substitute the N. C. Department of Adult Corrections for the N. C. Department of Public Safety in this matter.

This the 15 day of December, 2023.

TERRENCE W. BOYLE
United States District Judge