IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-225-BO

| | |
|---|---|
| JUDITH KNECHTGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| N.C. DEPARTMENT OF PUBLIC ) | |
| SAFETY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court *sua sponte* for trial setting. The jury trial in this action shall commence on May 20, 2024, at 10:00 a.m. at the United States Courthouse at Elizabeth City, North Carolina.

SO ORDERED, this 5 day of April 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE