THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-00225-BO

| | |
|---|---|
| JUDITH KNECHTGES, | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER**<br>) |
| v. | )<br>) |
| NC DEPARTMENT OF ADULT<br>CORRECTION, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court on Defendant's Motion for Leave to Exceed Word Count; and

IT APPEARING that good cause exists, Defendant's motion is hereby GRANTED;

IT IS THEREFORE ORDERED that Defendants are granted leave to file their Memorandum in Support of Motion to Dismiss in excess of the word count.

SO ORDERED.

This the _13_ day of _May_, 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE