IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-225-BO

| | | |
|---|---|---|
| JUDITH KNECHTGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ERIC HOOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on Plaintiff's motion to extend the time to file a proposed pretrial order, [DE-134], and motion to seal the declaration of counsel filed in support of the motion to extend time, [DE-136]. Plaintiff filed a redacted version of the declaration, and the declaration contains sensitive information that merits sealing. Accordingly, for good cause shown, the motion to seal is allowed, and the clerk shall seal Docket Entry 137. For the reasons stated in the declaration, the motion to extend the time to file a proposed pretrial order is allowed, and the court also continues the pretrial conference currently set for July 22, 2024. The pretrial order deadline and pretrial conference will be reset by separate order.

SO ORDERED, the 19th day of July 2024.

Robert B. Jones, Jr.
United States Magistrate Judge