UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JUDITH KNECHTGES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC HOOKS, JANET G. THOMAS, )<br>TERRI CATLETT, and N.C. DEPARTMENT OF )<br>ADULT CORRECTIONS, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br><br>5:21-CV-225-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motions for extensions of time to respond to the motion for summary judgment [DE 107 & 113] are GRANTED for good cause shown. Defendants' motion for summary judgment [DE 98] is GRANTED.

This case is closed.

**This judgment filed and entered on August 20, 2024, and served on:**
Valerie Bateman (via CM/ECF NEF)
John Milholland, IV (via CM/ECF NEF)

August 20, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk